IN THE SUPREME COURT OF TEXAS









IN THE SUPREME COURT OF TEXAS

 

════════════

No. 08-0380

════════════

 

In the Interest of G.B., P.B.,
N.B., and V.R., Children

 

════════════════════════════════════════════════════

On Petition for Review from the

Court of Appeals for the First District of Texas

════════════════════════════════════════════════════

 

 

PER CURIAM

 

 

            The
petition for review is denied.  In denying the petition, we neither approve nor
disapprove the holding of the court of appeals regarding whether Texas Family
Code section 263.405(i) prohibits an appellate court from considering an
ineffective assistance of counsel claim that was raised for the first time on
appeal.

 

OPINION DELIVERED:  August
29, 2008